OCTOBER 3, 1960.

804

No. 51. BAILEY v. ALVIS, WARDEN. Certiorari, 362 U. S. 909, 363 U. S. 833, to the Supreme Court of Ohio. Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Milton H. Schmidt* for petitioner.